IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

FEB 17 2026

LAURA A. AUSTIN, CLERK
BY: m. poff
DEPUTY CLERK

SIDNEY LOWEL BOWMAN JR.,
Plaintiff

V. Civil Action NO: 7:26-CV-00052

MICHEAL WILLIAMS,
Defendant

PLAINTIFFS' MOTION TO VOLUNTARY DISMISS

COME NOW Plaintiff Sidney lowel Bowman Jr., pro-se, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Move this Honorable court for a Voluntary dismissal order without prejudice.

In Support thereof, Plaintiff States as follows:

1 Plaintiff has filed this Suit under 42 U.S.C. §1983 against the named defendant.

2. Plaintiff no longer wishes to pursue this Claim Voluntary request this Honorable court to dismiss

this case without prejudice

3 The undersigned submits that this Motion is made in good Faith, and is in the best interest of justice and judicial economy

Date: 2/6/2026

Respectfully submitted,

[signature]

Sidney Lowel Bowman Jr. #1396143
Pro-Se Plaintiff
VDOC central mail Distribution center
3521 Woods Way
State Farm, VA 23160

SIDNEY BOWMAN #1546[illegible]
Red Onion State Prison
P.O. BOX 970
Pound, VA 24279

RECEIVED
DATE
FEB 09 2026
MAILROOM

CLerk, U.S.
210 Frankl
S.W. Suite
Roanoke, VA

"LEGAL MAIL"

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

PURPLE HEART FOREVER USA

District Court
n Road
540
24011-2208

RECEIVED

FEB 17 2026

USDC Clerk's Office
Mail Room